**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: George Moore v. Nicole Hupp & Associates, LLC     Case Number: 1:23-cv-04334

An appearance is hereby filed by the undersigned as attorney for:

Nicole Hupp & Associates, LLC

Attorney name (type or print):  Karen N. Arenas

Firm:     Arenas Law, LLC

Street address:     19 N. Green Street

City/State/Zip:    Chicago, IL 60607

Bar ID Number:  6325514                              Telephone Number:    773-699-6972
(See item 3 in instructions)

Email Address: karen@arenas-law.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: September 29, 2023

Attorney signature:     S/ *KNayeli*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023