IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>NICOLE HUPP & ASSOCIATES, LLC<br><br>        Defendant.<br>_____<br><br>NICOLE HUPP & ASSOCIATES, LLC<br><br>        Third-Party Plaintiff<br><br>vs.<br><br>MAVERICK LEADS, LLC, ANTHONY PIERCE AND CHRISTOPHER WOLFE<br><br>Third-Party Defendants | Case No. 23-cv-04334 |

## MOTION FOR ENTRY OF DEFAULT AGAINST MAVERICK LEADS, LLC AND ANTHONY PIERCE

Defendant/Third-Party Plaintiff Nicole Hupp & Associates, LLC (" Hupp") moves for an entry of Default against Third-Party Defendants Maverick Leads, LLC and Anthony Pierce under FRCP 55(a) and state as follows:

    1.    The facts set forth below are sworn to in the Declaration of Thomas M. Wolf, attached hereto as Exhibit 1.

    2.    Plaintiff filed this lawsuit on July 6, 2023 alleging violations of the TCPA by Hupp. (Dkt. #1).

143509945.1   1

3. On April 8, 2024 Hupp filed its Third-Party Complaint against Maverick Leads, LLC, Anthony Pierce and Christopher Wolfe alleging causes of action for breach of contract and indemnification. (Dkt. #47).

4. Summons were issued to the Third-Party Defendants on April 17, 2024. (Dkt. #50).

5. Maverick Leads, LLC was served on May 13, 2024 via its registered agent with the Alabama Secretary of State. (Dkt. No. 55; Ex. 1, paras. 4-5). Maverick Leads, LLC's appearance and answer was due on June 3, 2024

6. Anthony Pierce was served on May 15, 2024 at him residence (Dkt. #54; Ex. 1, paras. 7-8). Pierce's appearance and answer was due on June 5, 2024.

7. To date neither Maverick Leads, LLC and Anthony Pierce have appeared or filed any answer to the Third-Party Complaint and, as such, they are both in default.

8. Hupp hereby requests this Honorable Court enter an order of default under FRCP 55(a) against Maverick Leads, LLC and Anthony Pierce.

WHEREFORE Defendant/Third-Party Plaintiff, NICOLE HUPP & ASSOCIATES, LLC, prays to this Honorable Court enter an order of default against Third-Party Defendants Maverick Leads, LLC and Anthony Pierce and for any other relief this Court deems just and proper.

Date: July 31, 2024

By:/s/ Thomas M. Wolf
    Attorneys for Defendant/Third-Party Plaintiff
    Nicole Hupp & Associates, LLC


Thomas M. Wolf – Thomas.Wolf@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718

143509945.1  2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 31st Day of July 2024, which will send electronic notification to the attorneys of records at the email addresses on file with the Court. Additionally, counsel will mail copies of this Motion to Third-Party Defendants who have not yet appeared in the case.

                                               *s/ Thomas M. Wolf*